Department of Homeland Security
U.S. Citizenship and Immigration Services

**Petition for Name Change**

(NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 – 8. (Type or print clearly).

My full and correct name (current name):

1.    YULIYA                    MIKHAILOVNA                    BOYKO
      (FIRST)                   (MIDDLE)                       (LAST)

2. Address:   6300 E Hampden Ave # #        Denver, CO              80222
                      3304
              (Number/Street)               (City/State)           (Zip Code)

3. Country of Nationality:        Russia        4. Date of Birth:    07/30/1986
                                                                     (MM/DD/YYYY)

5. Alien Registration Card (Green Card) Number:  A 087 164 667

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

      YULIYA                                                  ELWELL
      (FIRST)                   (MIDDLE)                      (LAST)

8. Date:   6/20/2012
                                              Signature of Petitioner, (current name)

**CERTIFICATION OF NAME CHANGE**

I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON  JUL 27 2012
                                                               (MM/DD/YYYY)

(Clerk)

(Deputy Clerk)
I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
WITNESS my hand and SEAL of said
Court this 21st day of April, 2026.
JEFFREY P. COLWELL
By_____
                    Deputy

I, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
WITNESS my hand and SEAL of said
Court this 27th day of July, 2012
GREGORY C. LANGHAM
By_____
                    Deputy

**IMPORTANT INFORMATION**

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

## EXEMPLIFICATION CERTIFICATE

I, _____ JEFFREY P. COLWELL _____ , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:
  Name Change Petition

are true copies of records of this Court.

In testimony whereof I  sign my name and affix the seal of this Court, in this District, at

_____ Denver _____ on _____ 4/21/2026 _____
City                                                                Date

*Jeffrey P. Colwell*                             s/ Z. Cothran
Clerk                                            (By) Deputy Clerk

I, _____ Daniel D. Domenico _____ , a Judicial Officer of this certify that _____ JEFFREY P. COLWELL _____ , named above, is and was on the date Clerk of this Court, duly appointed and sworn, and keeper of the records and seal,   and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

4/21/2026
Date                                             _____
                                                 Signature of Judge

                                                 Chief Judge
                                                 Title

I, _____ JEFFREY P. COLWELL _____ ,Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Daniel D. Domenico _____ ,
                                                 Chief Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of
the Judge.

In testimony whereof I sign my name, and affix the seal of this Court _____
_____ Denver _____ in this State, on _____ 4/21/2026 _____
City                                                                Date

*Jeffrey P. Colwell*                             s/ Z. Cothran
Clerk                                            (By) Deputy Clerk

AO 390

# APOSTILLE

## (Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed by.. Zoe Cothran...........

3. acting in the capacity of ... Deputy Clerk...........

4. bears the seal/stamp of. U.S. District Court - District of Colorado

### CERTIFIED

5. at . Denver, Colorado 6. the .. 4/21/2026.....

7. by. Emily Gutho.............

8. No.. 220................

9. Seal/Stamp

10. Signature:

---

AO 391
(5/81) ⊕

## APOSTILLE SPECIMEN SIGNATURE CARD

Zoe C
SIGNATURE

4/21/2026
DATE

Zoe Cothran
SIGNATURE (PRINT OR TYPE)

(AFFIX SEAL/STAMP)

Deputy Clerk
CAPACITY OR TITLE

---

AO 392
(5/81) ⊕

## APOSTILLE INDEX CARD

220
APOSTILLE NUMBER

4/21/2026
DATE ISSUED

Zoe C
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

Emily Gutho
ISSUING DEPUTY CLERK